**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Lisa** <br> First name <br><br> **Lynn** <br> Middle name <br><br> **Nantz** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | FKA Lisa Lynn Cobb <br> FKA Lisa Lynn Henderson | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5259 | |

Debtor 1    **Lisa Lynn Nantz**                                              Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EIN |
| **5. Where you live** | **2030 Old Madisonville Rd**<br>**Henderson, KY 42420**<br>Number, Street, City, State & ZIP Code<br><br>**Henderson**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Lisa Lynn Nantz**                                    Case number *(if known)*

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☐ No.
☑ Yes.

| | District | When | Case number |
|---|---|---|---|
| | SDIN; Evansville; Ch 13; Dismissed 12/17/20 | 10/31/19 | 19-40956 |
| | WDKY; Owensboro; Ch 13; Dismissed 6/22/18 | 12/16/16 | 16-41080 |
| | See Attachment | | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

**11.** **Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Lisa Lynn Nantz**                                    Case number *(if known)*

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

12. **Are you a sole proprietor of any full- or part-time business?**

�but A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

13. **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Lisa Lynn Nantz**                                    Case number *(if known)*

---

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | Lisa Lynn Nantz | | Case number *(if known)* |
|---|---|---|---|

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Lisa Lynn Nantz**
_____          _____
**Lisa Lynn Nantz**                                        Signature of Debtor 2
Signature of Debtor 1

Executed on   **May 27, 2021**                   Executed on _____
                     MM / DD / YYYY                                           MM / DD / YYYY

Debtor 1    **Lisa Lynn Nantz**                                                  Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Kevin Kinkade**                                    Date    **May 27, 2021**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**Kevin Kinkade 85181**
Printed name

**Kinkade & Associates, P.C.**
Firm name

**123 NW 4th Street**
**Suite 201**
**Evansville, IN 47708-1709**
Number, Street, City, State & ZIP Code

Contact phone    **812-434-4909**              Email address    **kinkadeassociates@hotmail.com**

**85181 KY**
Bar number & State

---

Debtor 1  __Lisa Lynn Nantz__                                      Case number *(if known)* _____

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |

| | | | |
|---|---|---|---|
| Debtor 1 | **Lisa Lynn Nantz** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY | | |
| Case number (if known) | _____ | | |

☐ Check if this is an
   amended filing

# FORM 101. VOLUNTARY PETITION

## Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|---|---|---|
| **SDIN; Evansville; Ch 13; Dismissed 12/17/20** | **19-40956** | **10/31/19** |
| **WDKY; Owensboro; Ch 13; Dismissed 6/22/18** | **16-41080** | **12/16/16** |
| **WDKY; Owensboro; Ch 13; Dismissed 12/1/14** | **12-40478** | **3/30/12** |
| **WDKY; Owensboro; Ch 7; Disch 5/6/03** | **01-41488** | **8/22/01** |
| **WDKY; Owensboro; Ch 13; Term 7/16/01** | **01-40727** | **4/19/01** |
| **WDKY; Owensboro; Ch 7; Disch 3/10/93** | **92-41141** | **11/20/92** |

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Lisa Lynn Nantz**                    Case No. _____

                                        Debtor(s)        Chapter    **13** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **May 27, 2021** _____        /s/ Lisa Lynn Nantz _____

                                                   **Lisa Lynn Nantz**

                                                   Signature of Debtor

Advanced Preferred Imaging
1305 North Elm Street
Henderson, KY 42420

AFNI
1310 Martin Luther King Drive
Bloomington, IL 61702

Allstate Property and Casualty Ins. Co.
PO Box 4303
Carol Stream, IL 60197-4303

Americredit Financial Services, Inc
dba GM Financial
PO Box 183853
Arlington, TX 76096

Amy & Ronnie W. Lee
13 W Grant St
Henderson, KY 42420

Ashley Funding Services LLC
2215-B Renaissance Dr
Las Vegas, NV 89119

AT&T
Attn: Bankruptcy Dept.
2612 N Roan St
Johnson City, TN 37601-1708

Barclay's Bank Of Delaware
PO Box 8801
Wilmington, DE 19899

Basinski, LLC
PO Box 1165
Evansville, IN 47706

Capital One
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

Capital One Bank USA NA
15075 Capital One Drive 2nd Floor
Richmond, VA 23238

Capital One/Menards
PO Box 30253
Salt Lake City, UT 84130

Cash Pro
101 Plaza East Blvd Ste 100
Evansville, IN 47715

Cavalry Portfolio/Cavalry SPV I, LLC
500 Summit Lake Drive Suite 400
Valhalla, NY 10595

City Of Henderson, Kentucky
PO Box 716
Henderson, KY 42419-0716

Collection Associates ndba RMP
PO Box 20508
Indianapolis, IN 46220-0508

Collection Associates ndba RMP
PO Box 20636
Indianapolis, IN 46220-0508

Comenity Bank
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank/Goody's
PO Box 182789
Columbus, OH 43218

Commonwealth Of Kentucky
Department Of Revenue
Frankfort, KY 40619

Commonweath Of Kentucky
PO Box 491
501 High Street
Frankfort, KY 40602

Community Methodist Hospital
1305 North Elm St
Henderson, KY 42420

Complete Billing Services
517 US Hwy 31 North
Greenwood, IN 46142

Credence Resource Management
PO Box 2300
Southgate, MI 48195

Credit Bureau System Of Owensboro
PO Box 1479
Owensboro, KY 42302

Credit Bureau Systems
PO Box 8249
Paducah, KY 42002

Credit Clearing House Of America, Inc.
PO Box 1209
120 E Market Street
Lousville, KY 40201-1209

Credit Collection Service
725 Canton St Ste 1
Norwood, MA 02062

Credit Control, LLC
5757 Phantom Dr Ste 330
Hazelwood, MO 63042

David Ogle DDS
10655 State Road 662
Newburgh, IN 47630

Dawn S. Kelsey
City of Henderson
Henderson Municipal Center
222 First Street, PO Box 716
Henderson, KY 42420

Deaconess Health System, Inc. /
Healthcare Resource Solutions, LLC
PO Box 1230
Evansville, IN 47706-1230

Deaconess Hospital
PO Box 152
Evansville, IN 47701-0152

Deaconess Single Billing
Deaconess Single Billing (EPIC)
PO Box 1230
Evansville, IN 47706

Dept Of Education/Nelnet
3015 S Parker Rd Ste 400
Aurora, CO 80014-2904

Diamond Valley Federal Credit Union
840 Diamond Ave
Evansville, IN 47711

Diversified Consultants, Inc.
c/o Reg Agent John Crawford
1200 Riverplace Blvd Suite 800
Jacksonville, FL 32207

Dwight Nantz
2030 Old Madisonville Rd
Henderson, KY 42420

EPI Finance Group, LLC
517 US Highway 31 N
Greenwood, IN 46142-3932

ERC
8014 Bayberry Road
Jacksonville, FL 32256

Fed Loan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

Field & Main Bank
140 N Main Street
Henderson, KY 42420

GE Money Bank
PO Box 960061
Orlando, FL 32896-0061

GEMB/JC Penney
PO Box 965005
Orlando, FL 32896

German American Bancorp
PO Box 810
Jasper, IN 47547

Groves Law Office
915 Main Street Suite 207
Evansville, IN 47708

Hayden Vision LLC
PO Box 722
Henderson, KY 42419-0722

Healthcare Resource Solutions, LLC
Bad Debt Specialist
600 Mary St
Evansville, IN 47747-0001

Heather R. Peters
815 W Market St Ste 500
Louisville, KY 40202

Henderson County Sheriff Ed Brady
20 North Main Street Suite 112
Henderson, KY 42420

HLS Health & Wellness
c/o Registered Agent Ricky Stradtner
1330 N Green River Rd
Evansville, IN 47715

```
HLS Health and Wellness Henderson
c/o Reg Agent Ricky Stradtner
1330 N Green River Road
Evansville, IN 47715

Hoosier Accounts Service
PO Box 4007
Evansville, IN 47724-0007

Hoosier Accounts Service
2545 MJM Industrial Dr
Evansville, IN 47715

HSBC Bank Nevada NA
1111 N Town Center Dr
Las Vegas, NV 89144

Indiana Department Of Revenue
Bankruptcy Section
100 Senate Drive Room N240
Indianapolis, IN 46204-2217

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
S. Wade, Bankruptcy Specialist
31 Hopkins Plaza Rm 1150
Baltimore, MD 21201

Irk Law Office, PC
1500 W Oak St Ste 200
Zionsville, IN 46077

Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-9617

Joshua A. DeRenzo
c/o Greene & Cooper
PO Box 52815
Atlanta, GA 30355

Juniper Card Services
PO Box 8801
Wilmington, DE 19899

Kentucky Department Of Revenue
Legal Support Branch
PO Box 5222
Frankfort, KY 40602
```

```
King, Deep & Branaman
Attn: Eric Shappell
PO Box 43
Henderson, KY 42419-0043

Kubota Credit Corp USA
1000 Kubota Dr
Grapevine, TX 76051

Laboratory Corp of America Billing
PO Box 2240
Burlington, NC 27216

Laboratory Corp. Of America
1200 Professional Blvd
Evansville, IN 47714

Law Office of James D. Reiter
101 Crescent Ave
Louisville, KY 40206

Lloyd & McDaniel
PO Box 23200
Louisville, KY 40223

MARS - Henderson AMB Service
c/o Credit Bureau Systems
PO Box 8249
Paducah, KY 42002

Med 1 Solutions
517 US Hwy 31 N
Greenwood, IN 46142

Medical & Professional Collection Svc.
5055 Newburgh Plaza South
Newburgh, IN 47630

Methodist Hospital
1305 North Elm St
Henderson, KY 42420

Methodist Hospital Ambulance Service
PO Box 1083
Henderson, KY 42419-1083

Methodist Hospital Home Medical Equip.
c/o Cash Pro
101 Plaza East Blve Ste 100
Evansville, IN 47715

Methodist Physician Group
Henderson - Union County
PO Box 9200
Paducah, KY 42002-9200
```

Methodist Physician Service
PO Box 638705
Cincinnati, OH 45263

Midwest Ear Nose & Throat
1020 Professional Blvd
Evansville, IN 47717

MOMA Trust LLC
PO Box 788
Kirkland, WA 98083

Morgan & Pottinger, PSC
2401 Stanley Gault Parkway
Louisville, KY 40223

MSCB
1410 Industrial Park Rd
Paris, TN 38242

MTAG as Custodian for Caz Creek KY, LLC
PO Box 54900
New Orleans, LA 70154

MTAG Services LLC
Matthew David D'Andrea, Asset Manager
111 Coleman Blvd, Ste 400
Mount Pleasant, SC 29464

Nelnet
PO Box 82561
Lincoln, NE 68501

Norman D. Radtke, MD
3 Audubon Plaza Dr
Louisville, KY 40217

Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225-1943

Office Of The Henderson County Attorney
Courthouse Ste 201
PO Box 1316
Henderson, KY 42419-1316

Office Of The United States Attorney
Southern District of Indiana
10 West Market Street, Ste 2100
Indianapolis, IN 46204

Oseetah Capital, LLC
155 North Plank Rd
Newburgh, NY 12550

Owensboro Health
PO Box 22839
Owensboro, KY 42304

Owensboro Health Regional Hospital
PO Box 20007
Owensboro, KY 42304-2600

Pekin Insurance Company
2505 Court St
Pekin, IL 61558

Pinnacle LLC
PO Box 10497
Greenville, SC 29603

Portfolio Recovery Associates, LLC
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Receivables Performance Management LLC
20816 44th Ave West
Lynnwood, WA 98036

Reliant Family Dental
4827 David Lant Dr Ste G
Evansville, IN 47715

Renesa Abner, Henderson County Clerk
PO Box 374
Henderson, KY 42419-0374

Republic Bank
c/o EPI Finance Group
517 US Highway 31 North
Greenwood, IN 46142

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Rev 1 Solutions
517 US Hwy 31 N
Greenwood, IN 46142

RTLF - KY, LLC
PO Box 6845
Lincoln, NE 68506

RTLF-KY, LLC
4450 Cedarglen Ct
Moorpark, CA 93021

```
RTLF-KY, LLC
c/o Jamie D. Reiter, Esq.
6001 Christmas Drive
Nolensville, TN 37135

Sprint
6391 Sprint Pkwy
Overland Park, KS 66251

Therapy Services at the Women's Hospital
4199 Gateway Blvd
Newburgh, IN 47630

Trident Asset Management
10375 Old Alabama Connector Rd #303
Alpharetta, GA 30022

US Department of Education
PO Box 69184
Harrisburg, PA 17106-9184

US Dept. of Justice/US Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Vanderbilt Medical Group
1211 Medical Center Drive
Nashville, TN 37232

Vanderbilt University Medical Center
Dept 1171
PO Box 121171
Dallas, TX 75312-1171

Verizon Wireless Bk Department
500 Technology Dr #550
Saint Charles, MO 63304

Welborn Clinic
421 Chestnut St
Evansville, IN 47708

Westgate Vacation Villas, LLC
2801 Old Winter Garden Rd
Ocoee, FL 34761
```